# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-0980
_____

MICHAEL W. PADGETT,

　　Appellant,

　　v.

STATE OF FLORIDA,

　　Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Fred Koberlein, Jr., Judge.

August 5, 2026

PER CURIAM.

AFFIRMED. *See Hicks v. State*, 422 So. 3d 607, 608 (Fla. 1st DCA 2025) (affirming the appellant's prison releasee reoffender sentence without deciding the impact, if any, of *Erlinger v. United States*, 602 U.S. 821 (2024), because any error was harmless); *Alonso v. State*, 415 So. 3d 826, 827 (Fla. 2d DCA 2025) (same); *Ashford v. State*, 407 So. 3d 537, 537 (Fla. 5th DCA 2025) (same).

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Kathleen Pafford, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.